### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    *Plaintiff*, )<br>)<br>v. )<br>)<br>BRADLEY WAYNE ANDERSON, )<br>)<br>    *Defendant*. ) | Case No. CR-22-142-C |

### ORDER

This matter is before the Court on the unopposed motion of the defendant for a continuance of the jury trial scheduled for June 14, 2022 and an extension of time in which to file pretrial motions. The Court finds the motion should be granted. The Speedy Trial Act gives this Court the discretion to "accommodate limited delays for case-specific needs." *United States v. Zedner*, 547 U.S. 489, 499 (2006). Based on the representations of the defendant in the motion, the Court finds the denial of the motion under the facts of this case would unreasonably deny the defendant reasonable time necessary for effective preparation and negotiation, taking into account the exercise of due diligence by counsel.

Based upon the facts set forth in Defendant's unopposed motion, the Court finds a continuance is necessary due to Counsel's need for additional time to conduct an independent investigation and to review discovery. The facts of this case justify an ends of justice determination that a continuance to the August 2022 trial docket "outweighs the best interest of the public and the defendant in a speedy trial." *United States v. Toombs*, 574 F.3d 1262, 1273 (10th Cir. 2009), *citing* 18 U.S.C. § 3161(h)(7)(A). The period of

delay caused by the granting of the motion to continue on this ground is excludable for purposes of the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(B)(iv). For these reasons, this case is stricken from the June 14, 2022, jury trial docket and is rescheduled for the August 2022 jury trial docket. Additionally, the parties are permitted until June 24, 2022 to file any pretrial motions.

**IT IS SO ORDERED** this 1st day of June, 2022.

ROBIN J. CAUTHRON
United States District Judge